1 BRIAN C. SHAPIRO
ATTORNEY AT LAW:  192789
2 LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3 SANTA FE SPRINGS, CALIFORNIA  90670-4756
TEL: 562/868-5886
4 FAX: 562/868-5491
Email:  rohlfing_office@speakeasy.net

Attorney for FILEMON R. GARCIA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILEMON R. GARCIA, | No.  1:07-CV-01800 LJO SMS |
| Plaintiff, | STIPULATION TO DISMISSAL |
| v. | |
| MICHAEL J. ASTRUE Commissioner of Social Security, | |
| Defendant. | |

The parties, through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to a dismissal of the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure.

///
///
///
///
///
///

1     Each party shall bear his/her own costs and expenses.

2

3   DATED: November 3, 2008    LAW OFFICES OF LAWRENCE D. ROHLFING

4         */s/ - Brian C. Shapiro*

5         _____
        BRIAN C. SHAPIRO

6         Attorneys for FILEMON R. GARCIA

7

8   DATED:    McGREGOR W. SCOTT
    United States Attorney

9

10     */S/\*Amita Tracy Special AUSA*
    for Benjamine Hall

11

12     _____
    BENJAMIN E. HALL

13     Assistant United States Attorney
    Attorney for Defendant

14     [By via authorization on 11-3-08 ]

15

16

17     IT IS HEREBY ORDERED, based on the stipulation by and between the

18 parties, through their respective counsel, that the court dismisses the above matter

19 without prejudice. Each side to bear his/her own costs and expenses, including but

20 not limited to attorney's fees.

21     The clerk is directed to close this action.

22     IT IS SO ORDERED.

23 DATE: November 4, 2008

24     _____/S/ Lawrence J. O'Neill_____
    THE HONORABLE  LAWRENCE J. O'NEILL

25     UNITED STATES DISTRICT JUDGE

26

27

28